UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FERNANDO MENENDEZ                                         }
                                                          }
                                                          }
                                 Plaintiff,               }    2:13-cv-00239
                                                          }
                                                          }
-against-                                                 }
                                                          }
                                                          }
                                                          }
NCO FINANCIAL SYSTYEMS, INC                               }
                                                          }
                                 Defendant.               }
                                                          }

STIPULATION OF DISMISSAL

WHEREAS plaintiff Fernando Menendez alleges civil damages against defendant NCO Financial System, Inc; and

WHEREAS plaintiff is no longer pursuing damages against the aforementioned defendant in the above-captioned litigation;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for each of the parties herein that the aforementioned defendants shall be dismissed with prejudice as parties to this litigation, with all parties to bear their own costs, expenses, and disbursements.

Dated: April 30, 2013
       New York, New York,

COYNE LEGAL GROUP, PLLC

By:_____
     Aaron I Reichel, Esq.
     Of Counsel
     Coyne Legal Group, PLLC
     233 Rte 17 #3-11
     Box 524
     Tuxedo, NY 10987
     Tel No: 646-553-2187
     Attorneys for Plaintiff

Dated: *April 30,* 2013
New York, New York

SESSIONS, FISHMAN, NATHAN & ISRAEL,   L.L.C.

By:_____

Aaron R. Easley
200 Route 31 North, Suite 203
Flemington, NJ 08822
Tel: 908-751-5940
Fax: 908-751-5944
aeasley@sessions-law.biz
Attorneys for Defendant